

FILED

SEP 1 8 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:19 CR 559 |
| Plaintiff, | ) |
| v. | ) |
| | ) JUDGE LIOI |
| DEEPAK RAHEJA, | ) MOTION TO SEAL INDICTMENT |
| GREGORY HAYSLETTE, | ) |
| FRANK MAZZUCCO, | ) |
| BHUPINDER SAWHNY, | ) |
| Defendants. | |

Now comes the United States of America, by and through counsel, Justin E. Herdman,

United States Attorney, and Michael L. Collyer, Assistant United States Attorney, and

respectfully moves this Court for an order sealing the attached indictment for the following

reason(s):  to prevent flight of the defendants and potential destruction of evidence.

The government further requests this Court to order that an Assistant United States

Attorney of the Criminal Division of the United States Attorneys Office for the Northern District

of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be

located in another judicial district and a certified copy of this indictment is needed for

forwarding to that judicial district.  See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: Michael L. Collyer (OH: 0061719)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3744
(216) 522-2403 (facsimile)
Michael.Collyer@usdoj.gov

2