IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:19CR559 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA E. LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| DEEPAK RAHEJA, *et el.*, | ) | GOVERNMENT'S MOTION TO FILE |
| | ) | UNDER SEAL ITS RESPONSE TO |
| Defendants. | ) | DEFENDANT DEEPAK RAHEJA'S |
| | ) | MOTION TO MODIFY BOND |
| | ) | CONDITIONS |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Michael L. Collyer and Megan R. Miller, Assistant United States Attorneys, requests leave of this Honorable Court to file under seal its response to Defendant Deepak Raheja's Motion to Modify Bond Conditions (Doc. #24).  The government's response may reference information of a sensitive nature, including confidential and protected patient health information.  The government will serve Defendants with a copy of its response immediately upon filing.

                 Respectfully submitted,

                 JUSTIN E. HERDMAN
                 United States Attorney

                /s/ Megan R. Miller
                 Megan R. Miller (OH: 0085522)
                 Michael L. Collyer (OH: 0061719)
                 Assistant United States Attorneys
                 United States Court House
                 801 West Superior Avenue, Suite 400
                 Cleveland, OH 44113
                 (216) 622-3855/3744
                 Megan.R.Miller@usdoj.gov
                 Michael.Collyer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Megan R. Miller
Megan R. Miller
Assistant U.S. Attorney