IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:19-CR-559 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| DEEPAK RAHEJA, *et al.*, | ) | GOVERNMENT'S MOTION TO |
| | ) | EXTEND PLEA DEADLINE TO |
| Defendants. | ) | FEBRUARY 18, 2022 |
| | ) | |

The United States of America, by and through Bridget M. Brennan, United States Attorney, and Michael L. Collyer and Megan R. Miller, Assistant United States Attorneys, hereby requests the Court to extend the current plea deadline, January 29, 2022, to February 18, 2022. The government needs additional time to exhaust plea negotiation efforts, and three additional weeks will not interfere with the upcoming motion *in limine* deadline or any other deadlines or court dates.

        Respectfully submitted,

        BRIDGET M. BRENNAN
        United States Attorney

By:    /s/ *Michael L. Collyer*
        Michael L. Collyer (OH: 0061719)
        Megan R. Miller (OH: 0085522)
        Assistant United States Attorneys
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        Telephone: (216) 622-3744/3855
        Facsimile: (216) 522-2403
        Michael.Collyer@usdoj.gov
        Megan.R.Miller@usdoj.gov