IN THE
UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | Case No. |
| | | Original Case No. 1:19CR00559 |
| **Plaintiff - Appellee,** | * | |
| vs. | * | |
| **DEEPAK RAHEJA,** | * | |
| **Defendant - Appellant** | * | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Deepak Raheja, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the plea and final judgment of conviction and sentencing entered in this action on October 31, 2022 and February 3, 2023.

Respectfully submitted,

/s/ Karen Oakley

_____

Karen Oakley (0072251)
THE LAW OFFICE OF KAREN OAKLEY, LLC
P.O. Box 541111
Cincinnati, Ohio 45254
(513) 436-1618
(513) 586-0092 - Fax
Koakleylaw@gmail.com

Attorney for Deepak Raheja

CERTIFICATE OF SERVICE

Counsel hereby certifies that a copy of the forgoing Notice of Appeal was served via the Courts ECF system to all parties of record. Counsel is unaware of any party that requires notification by mail.

/s/ Karen Oakley

_____
Karen Oakley (0072251)
Attorney for Deepak Raheja